# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VERTIS HOLDINGS, INC., et al. | ) | Case No. 12-12821 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| VERTIS HOLDINGS, INC., VERTIS, INC., ACG HOLDINGS, INC., WEBCRAFT, LLC, AMERICAN COLOR GRAPHICS, INC., VERTIS NEWARK, KCC, MAIL EFFICIENCY, LLC, and 5 DIGIT PLUS, LLC | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Pro. No. 13-50003(CSS) |
| JAY SCHILLER, | ) | |
| Defendant. | ) | |

## ORDER REGARDING RULE TO SHOW CAUSE

It is hereby ORDERED that a Rule to Show Cause hearing is scheduled in the above-captioned case for **June 25, 2013 at 11:00 a.m.** to show cause as to why the following items should remain under seal:

1. Complaint (Adv. D.I. 1);
2. Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 4);

3. Declaration of Andrew D. J. Hede in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, and Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 5);

4. Declaration of Christopher J. Updike in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 6);

5. Declaration of Stephanie Stanton in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 7);

6. Debtors' Motion for an Order Finding Jay Schiller in Contempt of the Court's Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 16);

7. Declaration of Peter Friedman in Support of Debtors' Motion for an Order Finding Jay Schiller in Contempt of the Court's Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 17);

8. Order Approving That Certain Settlement Agreement, Dated January 17, 2013, By and Between the Debtors and Jay Schiller (Adv. D.I. 44);

9. Transcripts from the hearings held on January 7, 2013 and January 11, 2013 (*see* Adv. D.I. 53).

It is further ORDERED that any party in support of the sealing or unsealing of the above listed documents should file a written response and/or objection under seal on or before **June 17, 2013**.

It is further ORDERED that failure to appear on **June 25, 2013 at 11:00 a.m.** and/or to file a written response by June 17, 2013 may result in the above-listed docket items, including all related exhibits, being unsealed and filed publically on the Court's docket; and

It is further ORDERED that within 3 business days of the issuance of this Order, counsel to the Plaintiffs shall serve a copy of this order by regular U.S. mail, which service shall constitute due and adequate notice; on (i) defendant, Mr. Jay Schiller; and (ii) all other parties who have requested notice pursuant to Bankruptcy Rule 2002 in Case No. 12-12821.

                                                      Christopher S. Sontchi, Judge
                                                      United States Bankruptcy Court

Dated: May 22, 2013