United States Bankruptcy Court

District of Delaware

824 N Market St Wilmington, DE 19801

To Whom It May Concern,

    I would request that the documents listed in a correspondence dated May 22, 2013 regarding Case No. 12-12821 and Adv Pro No. 13-50003 (CSS) be unsealed as of June 25, 2013 and filed publically on the Court's document.

Jay Schiller

cc Margaret A Wiegand, Circuit Executive