IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VERTIS HOLDINGS, INC., et al. | ) | Case No. 12-12821 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| VERTIS HOLDINGS, INC., VERTIS, INC., ACG HOLDINGS, INC., WEBCRAFT, LLC, AMERICAN COLOR GRAPHICS, INC., VERTIS NEWARK, KCC, MAIL EFFICIENCY, LLC, and 5 DIGIT PLUS, LLC | ) | |
| Plaintiffs, | ) | |
| v. | ) | Adv. Pro. No. 13-50003(CSS) |
| JAY SCHILLER, | ) | |
| Defendant. | ) | Re: D.I. 55 |

## ORDER

Upon consideration of the responses (Adv. D.I. 57, 58 and 59) to the *Order Regarding Rule to Show Cause* (Adv. D.I. 55) issued on March 22, 2013 (the "Show Cause Order"); the Court having heard the statements of counsel and parties in interest regarding the Show Cause Order at a hearing before the Court on June 25, 2013 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2), (iii) notice of the Show Cause Order and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth on the record at the Hearing.

1. The orders granting the following motions (the "Motions To Seal") remain in full force and effect:

   A. Motion of Debtors for Entry of an Order Authorizing Debtors to File (I) Under Seal Declaration of Stephanie Stanton and Electronic Correspondence and (II) Redacted Versions of Complaint, Motion, and Declarations of Andrew D.J. Heede and Christopher J. Updike (Adv. D.I. 8).

   B. Motion of Debtors for Entry of an Order Authorizing Debtors to (I) File Under Seal Certain Exhibits to the Declaration of Peter Friedman and (II) Redact the Motion for Contempt (Adv. D.I. 19).

   C. Motion of Debtors for Entry of an Order Authorizing Debtors to File a Redacted Copy of that Certain Settlement Agreement, Dated January 17, 2013, By and Between the Debtors and Jay Schiller in Connection with "Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363 (b) and Fed. R. Bankr. P. 9019 for Entry of an Order Approving That Certain Settlement Agreement, Dated January 17, 2013, By and Between Debtors and Jay Schiller (Adv. D.I. 34).

   D. Motion of Debtors for Entry of an Order (I) Sealing Unredacted Transcripts of January 7, 2013 and January 11, 2013 Hearings and (II) Directing That Only Redacted Versions of the Transcripts of January 7, 2013 and January 11, 2013 Hearings Be filed on the Court's Docket and Made Publically Available (Adv. D.I. 50).

2. The following documents shall remain under seal pursuant to the terms of the orders granting the Motions to Seal:

   A. Complaint (Adv. D.I. 1);

B. Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 4);

C. Declaration of Andrew D. J. Hede in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, and Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 5);

D. Declaration of Christopher J. Updike in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 6);

E. Declaration of Stephanie Stanton in Support of Debtors' Motion for (I) Temporary Restraining Order and (II) Preliminary Injunction Pursuant to 11 U.S.C. Section 105, Rule 65 of the Federal Rules of Civil Procedure, and Rules 7001(7) and 7065 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 7);

F. Debtors' Motion for an Order Finding Jay Schiller in Contempt of the Court's Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 16);

G. Declaration of Peter Friedman in Support of Debtors' Motion for an Order Finding Jay Schiller in Contempt of the Court's Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Rules 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (Adv. D.I. 17);

H. Order Approving That Certain Settlement Agreement, Dated January 17, 2013, By and Between the Debtors and Jay Schiller (Adv. D.I. 44);

I. Transcripts from the hearings held on January 7, 2013 and January 11, 2013 (*see* Adv. D.I. 53).

3. This Court retains jurisdiction in connection with this Order and all matters related thereto.

                                                  Christopher S. Sontchi, Judge
United States Bankruptcy Court

Dated: June 25, 2013